UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN CURTIS RICE                                          :

          Plaintiff,                            :        ORDER

    -v.-                                                     :
                                       24 Civ. 3731 (LAK)(GWG)
SUBKIT, INC.,                                             :

          Defendant.                          :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       In light of the settlement, the conference scheduled for June 25, 2024, is adjourned sine die.

       SO ORDERED.

Dated: June 20, 2024
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge