UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
John Curtis Rice,

        Plaintiff,

v.

Subkit, Inc.,

        Defendant.
------------------------------x

24-CV-3731 (LAK)(GWG)

## ORDER

        Magistrate Judge Gorenstein has relayed to the Court that the parties have informed him they have reached a settlement. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before July 24, 2024 if the settlement has not been consummated by then.

        SO ORDERED.

Dated:    June 24, 2024

                                          Lewis A. Kaplan
                                          United States District Judge